MAX WIENER, Respondent, *v.* HOME TITLE INSURANCE COMPANY OF NEW YORK, Appellant.

Reported below, 153 App. Div. 895.
(Submitted January 6, 1913; decided January 14, 1913.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 8, 1912, affirming a judgment in favor of plaintiff entered upon verdict in an action to recover damages alleged to have been occasioned plaintiff's assignor by the fraud of the defendant.

The motion was made upon the ground that the affirmance by the Appellate Division was unanimous, that the exceptions were frivolous and the appeal taken for purposes of delay only.

*John Bogart* and *I. Weckstein* for motion.

*Charles W. Atwater* and *Henry J. Davenport* opposed.

Motion denied, with ten dollars costs.